# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159671

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

GLOBAL PRODUCTS, INC.,
       Plaintiff-Appellant,

v

MAYSER POLYMER USA, INC., and
MAYSER GMBH & CO KG,
       Defendants-Appellees.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159671
COA: 339451
Wayne CC: 15-011224-CB

_____/

On order of the Court, the application for leave to appeal the February 14, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



Clerk

b0224